# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**LUIS MIGUEL PEREZ**,
Appellant,

v.

**FLORIDA DEPARTMENT OF REVENUE**
o/b/o **ALYSSA RENEE RIVERA**,
Appellee.

No. 4D17-3282

[February 21, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Suskauer, Judge; L.T. Case No. 50-2017-DR-003151-XXXX-MB-FC.

Luis Miguel Perez, Boynton Beach, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed. See* Fla.R.App.P. 9.315(a).

MAY, CIKLIN and KUNTZ, JJ., concur.

\*            \*            \*

*Not final until disposition of timely filed motion for rehearing.*